**Fred J. KUSTES, Jr., Appellant,**

v.

**A. S. SCHULMAN ELECTRIC COMPANY**
and
**Schulman Electric Company, Appellees.**

No. 13341.

United States Court of Appeals
Sixth Circuit.

April 15, 1958.

Robert E. Hogan, Louisville, Ky., Grace & Palmer, Paducah, Ky., for appellant.

Waller, Threkeld, Whitlow & Byrd, Paducah, Ky., for appellees.

Before SIMONS, Chief Judge, and McALLISTER and MARTIN, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard on the record, the briefs of the parties, and the argument of counsel in open court, and the Court being duly advised;

Now therefore, it is ordered, adjudged and decreed, that the judgment appealed from be and is hereby affirmed for the reasons set forth in the order of the District Court sustaining appellees' motion for judgment notwithstanding the verdict and dismissing appellant's complaint.

**DIXIE DEPARTMENT STORE, Inc., Appellant,**

v.

**PERFECT GARMENT COMPANY et al., Appellees.**

No. 13537.

United States Court of Appeals
Sixth Circuit.

April 10, 1958.

Carl K. Helman, Louisville, Ky., for appellant.

Joseph Lazarus, Louisville, Ky., for appellees.

PER CURIAM.

Upon motion of the appellant, and with the agreement of the appellees, it is ordered that this appeal be and it hereby is dismissed.

**Henry GROS, Appellant,**

v.

**UNITED STATES of America.**

No. 15958.

United States Court of Appeals
Eighth Circuit.

Feb. 12, 1958.

Morris A. Snenker, St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., and Robert C. Tucker, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.